UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUGAR RAY LEWIS #110697** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-0980** |
| **N. BURL CAIN, WARDEN**<br>**LOUISIANA STATE**<br>**PENITENTIARY** | **SECTION: "S" (33)** |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

☒ a certificate of appealability shall not be issued for the following reason(s):
the petitioner has not made a substantial shown of the denial of a constitutional right for the

reasons stated in this court's order and reasons of March 17, 2006.  28 U.S.C. § 2253(c)(2).

_____

Date: April 26th  2006               _Mary Ann Vial Lemmon_
                                      MARY ANN VIAL LEMMON
                                      UNITED STATES DISTRICT JUDGE